```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                     Case No. 19-03343-RNO
Mark David Broody                                          Chapter 13
Judith A. Broody
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5       User: CourtneyG        Page 1 of 2         Date Rcvd: Aug 29, 2019
                           Form ID: pdf010        Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db/jdb         Mark David Broody,   Judith A. Broody,    56 Sutton Farms Road,    Shavertown, PA 18708-9537
cr             Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                Harrisburg, PA 17128-0938
5231104       +Allied Services c/o National Rec.,    2491 Paxton Street,   Harrisburg, PA 17111-1036
5231105       +Arcadia,   PO Box 6768,   Reading, PA 19610-0768
5231106       +Arlene Jennie Hill,   5 North Puoneere Ave,    Shavertown, PA 18708-1320
5231108       +FNCB Bank,   102 E Drinker St,   Scranton, PA 18512-2432
5231107       +Finlay Dallas SC LLC,   15 Public Square,    Suite 302,   Wilkes Barre, PA 18701-1703
5231109       +Geisinger Wyoming Valley,   1000 E Mountain Blvd,    Wilkes Barre, PA 18711-0001
5231111       +Matthew & Bianca Beck,   619 Lackawanna Avenue,    Mayfield, PA 18433-1803
5231113        PA Dept of Revenue,   Bureau of Compliance, Lien Section,    PO Box 280948,
                Harrisburg, PA 17128-0948
5231112        PA Dept of Revenue,   1 Review Place,   Harrisburg, PA 17129-0001
5231115       +Phelan, Hallinan, Diamond & Jones,    1617 JFK Blvd,   Suite 1400, One Penn Plaza,
                Philadelphia, PA 19103-1814
5231116       +Rushmore Loan Management,   15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
5231118       +Santander,   P.O. Box 961245,   Fort Worth, TX 76161-0244
5236815       +Santander Consumer USA Inc,   P.O. Box 560284,   Dallas, TX 75356-0284
5231119       +UGI Utilities Inc.,   PO Box 15503,   Wilmington, DE 19850-5503
5231121      ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                Frederick, MD 21701)
5231120       +Wells Fargo Bank,   101 N Phillips Avenue,   Sioux Falls, SD 57104-6714
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5231110       +E-mail/Text: cio.bncmail@irs.gov Aug 29 2019 19:25:02     Internal Revenue Service Centralize,
                Insolvency Operation,   P.O. Box 21126,    Philadelphia, PA 19114-0326
5233570        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 19:25:07
                Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                Harrisburg PA 17128-0946
5235801        E-mail/Text: bkrcy@ugi.com Aug 29 2019 19:25:19      UGI Utilities, Inc.,   P.O. Box 13009,
                Reading, PA 19612
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5231114      ##+Penn Credit Corp,   916 S 14th St,   P.O. Box 988,   Harrisburg, PA 17108-0988
5231117      ##+Samuel A. Falcone, Jr., Esq,    15 Public Square,   Suite 210,   Wilkes Barre, PA 18701-1703
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Erik Mark Helbing    on behalf of Debtor 1 Mark David Broody ehelbing@helbingconsumerlaw.com,
               qianaramirez@gmail.com
              Erik Mark Helbing    on behalf of Debtor 2 Judith A. Broody ehelbing@helbingconsumerlaw.com,
               qianaramirez@gmail.com
              James    Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust Et Al... bkgroup@kmllawgroup.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance  Commonwealth of Pennsylvania,
               Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Mark David Broody**
**Judith A. Broody**
Debtor(s)

Case No. **5:19-bk-03343-RNO**
Chapter **13**

## COURT ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Debtors' Motion to Extend the Automatic Stay, and for good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that

1. The Debtors Motion to Extend the Automatic Stay shall be and hereby is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that

2. The automatic stay in the above-captioned matter shall be and hereby is extended for the duration of the above-captioned bankruptcy.

Dated: August 28, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)