United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Mark David Broody  
Judith A. Broody  
    Debtors

Case No. 19-03343-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CourtneyG     Page 1 of 2     Date Rcvd: Sep 24, 2019  
Form ID: pdf010     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.

```
db/jdb          Mark David Broody,    Judith A. Broody,    56 Sutton Farms Road,    Shavertown, PA  18708-9537
cr              Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                  Harrisburg, PA  17128-0938
5231104        +Allied Services c/o National Rec.,    2491 Paxton Street,    Harrisburg, PA 17111-1036
5231105        +Arcadia,    PO Box 6768,    Reading, PA 19610-0768
5231106        +Arlene Jennie Hill,    5 North Puoneere Ave,    Shavertown, PA 18708-1320
5231108        +FNCB Bank,    102 E Drinker St,    Scranton, PA 18512-2432
5231107        +Finlay Dallas SC LLC,    15 Public Square,    Suite 302,    Wilkes Barre, PA 18701-1703
5231109        +Geisinger Wyoming Valley,    1000 E Mountain Blvd,    Wilkes Barre, PA 18711-0001
5231111        +Matthew & Bianca Beck,    619 Lackawanna Avenue,    Mayfield, PA 18433-1803
5231113         PA Dept of Revenue,    Bureau of Compliance, Lien Section,    PO Box 280948,
                  Harrisburg, PA 17128-0948
5231112         PA Dept of Revenue,    1 Review Place,    Harrisburg, PA 17129-0001
5231115        +Phelan, Hallinan, Diamond & Jones,    1617 JFK Blvd,    Suite 1400, One Penn Plaza,
                  Philadelphia, PA 19103-1814
5231116        +Rushmore Loan Management,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
5231118        +Santander,    P.O. Box 961245,    Fort Worth, TX 76161-0244
5236815        +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
5231119        +UGI Utilities Inc.,    PO Box 15503,    Wilmington, DE 19850-5503
5231121       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                  Frederick, MD 21701)
5231120        +Wells Fargo Bank,    101 N Phillips Avenue,    Sioux Falls, SD 57104-6714
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5231110        +E-mail/Text: cio.bncmail@irs.gov Sep 24 2019 19:05:56      Internal Revenue Service Centralize,
                  Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114-0326
5233570         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2019 19:05:59
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5235801         E-mail/Text: bkrcy@ugi.com Sep 24 2019 19:06:07      UGI Utilities, Inc.,    P.O. Box 13009,
                  Reading, PA 19612
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5231114       ##+Penn Credit Corp,    916 S 14th St,    P.O. Box 988,    Harrisburg, PA 17108-0988
5231117       ##+Samuel A. Falcone, Jr., Esq,    15 Public Square,    Suite 210,    Wilkes Barre, PA 18701-1703
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    Erik Mark Helbing    on behalf of Debtor 1 Mark David Broody ehelbing@helbingconsumerlaw.com, qianaramirez@gmail.com
    Erik Mark Helbing    on behalf of Debtor 2 Judith A. Broody ehelbing@helbingconsumerlaw.com, qianaramirez@gmail.com
    James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust Et Al... bkgroup@kmllawgroup.com
    Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance   Commonwealth of Pennsylvania, Department of Revenue mvaneck@attorneygeneral.gov,   ARC-CourtMiddleDistrict@attorneygeneral.gov
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                   TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mark David Broody | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:19-bk-03343-RNO |
| Judith A. Broody | | |
| Debtor 2 | | |

## ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: September 24, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18